1 **ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant
JOHN PETER ELEAZARIAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| UNITED STATES OF AMERICA, | Case No.: CR-F-05-00428 OWW |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING** |
| vs. | And |
| JOHN PETER ELEAZARIAN, | **O R D E R** |
| Defendant. | Date: November 6, 2006<br>Time: 1:30 p.m.<br>Dept: Courtroom 2, The Hon.<br>OLIVER W. WANGER |

**IT IS HEREBY STIPULATED** by and between the parties herein that the Sentencing currently scheduled for November 6, 2006, at the hour of 1:30 p.m., be continued to November 17, 2006, at 1:30 p.m.

After the scheduling of the Sentencing, Mr. Eleazarian's doctor scheduled an appointment for him with a Neurologist, Dr. Victoria Walton, whom Mr. Eleazarian has been able to see.

Counsel for Defendant has requested a report from Dr. Walton as to the results of her examination of Mr. Eleazarian. To that end, counsel requests this short continuance to allow him

1  to the requested medical report on behalf of the Defendant.
2       It is respectfully submitted that neither the court, nor
3  any party to this proceeding, should be unduly prejudiced by a
4  reasonable continuance of the Sentencing for these purposes.
5       Counsel for Defendant herein has been in contact with
6  Assistant U. S. Attorney, STANLEY BOONE, who has expressed no
7  objection to this continuance.
8       DATED: October 30, 2006.

                            Respectfully submitted,

                            NUTTALL & COLEMAN

                                /s/ Roger T. Nuttall
                            By:_____
                                ROGER T. NUTTALL
                                Attorneys for Defendant,
                                JOHN PETER ELEAZARIAN


                         *****************

                   **DECLARATION OF ROGER T. NUTTALL**


STATE OF CALIFORNIA, )
COUNTY OF FRESNO.    ) SS.

    I, ROGER T. NUTTALL, declare that:
    1.  I am an attorney licensed to practice law in the State
of California and in the State of Utah, as well as in the United
States District Court for the Eastern District of California, and
that I am the attorney of record for, the Defendant, JOHN PETER
ELEAZARIAN, herein;
    2.  The factual statements and assertions which are

                                2

contained in the instant pleading are true and correct to the best of counsel's knowledge and belief, and as to those matters stated on information and belief, I believe them to be true.

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct and that this Declaration was executed on October 30, 2006, at Fresno, California.

/s/ Roger T. Nuttall
ROGER T. NUTTALL

**O R D E R**

Good Cause Appearing,

IT IS SO ORDERED.

**Dated:   November 1, 2006**          **/s/ Oliver W. Wanger**

emm0d6                           UNITED STATES DISTRICT JUDGE

3