(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR  Defendant
JOHN PETER ELEAZARIAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOHN PETER ELEAZARIAN,<br><br>　　　　Defendant. | Case No.: CR-F-05-00428 OWW<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>And<br>**O R D E R**<br><br>Date: November 17, 2006<br>Time: 1:30 p.m.<br>Dept: Courtroom 2, The Hon.<br>　　　OLIVER W. WANGER |

**IT IS HEREBY STIPULATED** by and between the parties herein that the Sentencing currently scheduled for December 1, 2006, at the hour of 1:00 p.m., be continued to December 14, 2006, at 1:00 p.m.

Mr. Eleazarian was able to see Dr. Victoria Walton on September 27, 2006. Several neurological tests have been performed on Mr. Eleazarian. Counsel for Mr. Eleazarian has requested a written report from Dr. Walton as to the results of those tests. Due to the fact that a report has not been received in this regard, counsel requests another short

continuance.

Counsel for Defendant herein has been in contact with Assistant U. S. Attorney, STANLEY BOONE, who has expressed no objection to this continuance.

Counsel for Defendant herein has been in contact with United States Probation Officer Leighann Milford, who has expressed no objection to this continuance.

December 14, 2006, has been agreed by both counsel for the Sentencing to take place, assuming that the report shall be received by that time.

It is respectfully submitted that neither the court, nor any party to this proceeding, should be unduly prejudiced by a reasonable continuance of the Sentencing for these purposes.

DATED:   November 28, 2006.

          Respectfully submitted,

          NUTTALL & COLEMAN

            /s/ Roger T. Nuttall
By:_____
    ROGER T. NUTTALL
    Attorneys for Defendant,
    JOHN PETER ELEAZARIAN

DATED: November 28, 2006.

          /s/   Stan Boone
          _____

          STAN BOONE
          Assistant U. S. Attorney

**DECLARATION OF ROGER T. NUTTALL**

STATE OF CALIFORNIA, )
COUNTY OF FRESNO.    ) SS.

I, ROGER T. NUTTALL, declare that:

1. I am an attorney licensed to practice law in the State of California and in the State of Utah, as well as in the United States District Court for the Eastern District of California, and that I am the attorney of record for, the Defendant, JOHN PETER ELEAZARIAN, herein; and

2. The factual statements and assertions which are contained in the instant pleading are true and correct to the best of counsel's knowledge and belief, and as to those matters stated on information and belief, I believe them to be true.

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct and that this Declaration was executed on November 28, 2006, at Fresno, California.

/s/ Roger T. Nuttall
ROGER T. NUTTALL

**O R D E R**

IT IS SO ORDERED.

**Dated:   December 5, 2006**           **/s/ Oliver W. Wanger**

emm0d6                          UNITED STATES DISTRICT JUDGE

3