(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant
JOHN PETER ELEAZARIAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JOHN PETER ELEAZARIAN,<br><br>    Defendant. | Case No.: CR-F-05-00428 OWW<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>And<br>**O R D E R**<br><br>Date: January 9, 2007<br>Time: 12:00 p.m.<br>Dept: Courtroom 2, The Hon.<br>   OLIVER W. WANGER |

**IT IS HEREBY STIPULATED** by and between the parties herein that the Sentencing currently scheduled for January 9, 2007, at the hour of 12:00 p.m., be continued to January 17, 2007, at 1:30 p.m.

Counsel for Defendant has been contacted by Assistant U.S. Attorney, STANLEY A. BOONE, who has advised counsel that due to his calendar scheduling and the fact that he will be gone on an extended vacation, he will be unable to file his response to our sentencing memorandum. For that reason, he has requested that a short continuance be granted.

1  Counsel for Defendant herein has been in contact with
2  United States Probation Officer Leighann Milford, who has
3  expressed no objection to this continuance.
4  It is respectfully submitted that neither the court, nor
5  any party to this proceeding, should be unduly prejudiced by a
6  reasonable continuance of the Sentencing for these purposes.
7  DATED:   December 20, 2006.

Respectfully submitted,

NUTTALL & COLEMAN

/s/ Roger T. Nuttall
By:_____
ROGER T. NUTTALL
Attorneys for Defendant,
JOHN PETER ELEAZARIAN

DATED: December 20, 2006.

/s/   Stanley A. Boone
_____

STANLEY A. BOONE
Assistant U. S. Attorney

******************

**O R D E R**

Good Cause Appearing:

IT IS SO ORDERED.

**Dated:   December 28, 2006**           **/s/ Oliver W. Wanger**
emm0d6                          UNITED STATES DISTRICT JUDGE

2