(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant
JOHN PETER ELEAZARIAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * * *

| UNITED STATES OF AMERICA, | Case No.: CR-F-05-00428 OWW |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING** And **O R D E R** |
| vs. | |
| JOHN PETER ELEAZARIAN, | |
| Defendant. | Date: January 31, 2007 Time: 12:00 p.m. Dept: Courtroom 2, The Hon. OLIVER W. WANGER |

**IT IS HEREBY STIPULATED** by and between the parties herein that the Sentencing currently scheduled for January 31, 2007, at the hour of 12:00 p.m., be continued to February 9, 2007, at 12:15 noon.

Counsel for Defendant has been contacted by Assistant U.S. Attorney, STANLEY A. BOONE, who has advised counsel that due to his calendar scheduling, he will be unable to file his response to our sentencing memorandum. For that reason, he has requested that another short continuance be granted.

Counsel for Defendant herein has been in contact with

United States Probation Officer Leighann Milford, who has expressed no objection to this continuance.

It is respectfully submitted that neither the court, nor any party to this proceeding, should be unduly prejudiced by a reasonable continuance of the Sentencing for these purposes.

DATED:   January 25, 2007.

```
                                   Respectfully submitted,

                                   NUTTALL & COLEMAN


                                       /s/ Roger T. Nuttall
                                   By:_____
                                       ROGER T. NUTTALL
                                       Attorneys for Defendant,
                                       JOHN PETER ELEAZARIAN
```

DATED: January 25, 2007.

```
                                    /s/   Stanley A. Boone
                                   _____

                                   STANLEY A. BOONE
                                   Assistant U. S. Attorney
```

******************

**O R D E R**

Good Cause Appearing,

IT IS SO ORDERED.

**Dated:   January 26, 2007**               **/s/ Oliver W. Wanger**
emm0d6                                       UNITED STATES DISTRICT JUDGE

2